# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DAVID PRACHT, *et al.,*<br><br>*Defendants*. | Criminal Action No. 24-512 (LLA) |

## ORDER

This matter is before the court on the United States' Motion to Dismiss.[1] ECF No. 30. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Information, ECF No. 25, is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**. The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   January 27, 2025

---

[1] The court construes the United States' Motion to Dismiss Indictment as a Motion to Dismiss Information.